An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ELISABETH YATES; AND JERRY
CHANEY, ON BEHALF OF HIS MINOR
CHILD, ASHLEY CHANEY,
Appellants,
vs.
CASINO ROYALE, A DOMESTIC
CORPORATION,
Respondent.

No. 63181

**FILED**

APR 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court judgment on a short trial jury verdict in a tort action. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Appellants argue that the jury's verdict was contrary to the uncontroverted evidence, and thus, their motion for judgment notwithstanding the verdict or for a new trial should have been granted. Because appellants failed to provide the transcript from the trial, however, we presume that the testimony presented at trial supported the jury's verdict and the district court's determination that substantial evidence supported the jury's verdict. *Cuzze v. Univ. & Cmty. Coll. Sys. of Nev.*, 123 Nev. 598, 603, 172 P.3d 131, 135 (2007) ("When an appellant fails to include necessary documentation in the record, we necessarily presume that the missing portion supports the district court's decision."). Thus, having considered the parties' arguments and appendices, we perceive no error in the jury's verdict or the district court's post-trial order.[1] *Grosjean*

---

[1]Appellants' argument that they should have prevailed on a negligence per se claim is without merit as that claim was never raised by
*continued on next page...*

15-11587

v. *Imperial Palace, Inc.*, 125 Nev. 349, 362, 212 P.3d 1068, 1077 (2009) (reviewing a decision to grant or deny a motion for a new trial for abuse of discretion); *Prabhu v. Levine*, 112 Nev. 1538, 1543, 930 P.2d 103, 107 (1996) (holding that a jury's verdict will be upheld if it is supported by substantial evidence).

Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Ronald J. Israel, District Judge
        Nathaniel J. Reed, Settlement Judge
        Law Offices of Bradley L. Booke
        Moriarity Badaruddin & Booke
        Hutchison & Steffen, LLC
        Eighth District Court Clerk

---

*...continued*
appellants during trial or presented to the jury. *Old Aztec Mine, Inc. v. Brown*, 97 Nev. 49, 52, 623 P.2d 981, 983 (1981).